# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re:  §
 §
 §
GEORGE E. SCHOFIELD § Case No. 15-80905
 §
 §
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,859.81 *(Without deducting any secured claims)* | Assets Exempt: 47,601.00 |
| Total Distributions to Claimants: 17,677.16 | Claims Discharged Without Payment: 665,918.53 |
| Total Expenses of Administration: 5,977.19 | |

3) Total gross receipts of $ 23,654.35  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 23,654.35  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,977.19 | 5,977.19 | 5,977.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 14,228.41 | 8,115.11 | 8,115.11 | 8,115.11 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 649,874.10 | 11,840.01 | 11,354.22 | 9,562.05 |
| **TOTAL DISBURSEMENTS** | $ 664,102.51 | $ 25,932.31 | $ 25,446.52 | $ 23,654.35 |

4) This case was originally filed under chapter 7 on 04/03/2015 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2017         By:/s/BERNARD J. NATALE, TRUSTEE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Dividend Surplus Re: JRT | 1223-000 | 23,654.35 |
| **TOTAL GROSS RECEIPTS** | | **$23,654.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 3,115.44 | 3,115.44 | 3,115.44 |
| BERNARD J. NATALE | 2200-000 | NA | 13.72 | 13.72 | 13.72 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,806.25 | 2,806.25 | 2,806.25 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 31.78 | 31.78 | 31.78 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,977.19 | $ 5,977.19 | $ 5,977.19 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department Of Revenue P.O. Box 19035 Springfield, IL 627949035 | | 2,460.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department Of Revenue P.O. Box 19035 Springfield, IL 627949035 | | 611.00 | NA | NA | 0.00 |
| | Internal Revenue Service PO Box 7346 Philadelphia, PA 191017346 | | 11,157.41 | NA | NA | 0.00 |
| 3P | Illinois Department Of Revenue | 5800-000 | NA | 2,171.70 | 2,171.70 | 2,171.70 |
| 1P | Internal Revenue Service | 5800-000 | NA | 5,943.41 | 5,943.41 | 5,943.41 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 14,228.41 | $ 8,115.11 | $ 8,115.11 | $ 8,115.11 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Attorney Timothy Conklin 2040 Aberdeen Court Sycamore, IL 60178 | | 620,000.00 | NA | NA | 0.00 |
| | Edward Health Ventures 26185 Network Place Chicago, IL 606731261 | | 704.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Foroutan and Associates PO Box 809319 Chicago, IL 606809319 | | 424.00 | NA | NA | 0.00 |
| | Global Credit & Collection Corp. PO Box 2127 Schiller Park, IL 601761956 | | 7,354.43 | NA | NA | 0.00 |
| | H&R Accounts, Inc. 7017 John Deere Parkway PO Box 672 Moline, IL 612660672 | | 3,381.00 | NA | NA | 0.00 |
| | IL Department of Transportation 1102 Eastport Plaza Drive Collinsville, IL 622346198 | | 650.00 | NA | NA | 0.00 |
| | Linden Oaks Hospital PO Box 4070 Carol Stream, IL 601974070 | | 835.98 | NA | NA | 0.00 |
| | Linden Oaks Hospital PO Box 4070 Carol Stream, IL 601974070 | | 462.00 | NA | NA | 0.00 |
| | MiraMed Revenue Group Dept. 77304 P.O. Box 77000 Detroit, MI 482770304 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NCB Management Services P.O. Box 1099 Langhorne, PA 19047 | | 324.64 | NA | NA | 0.00 |
| | Northstar Location Services, LLC 4285 Genesee Street Buffalo, NY 142251943 | | 688.07 | NA | NA | 0.00 |
| | Rockford Health Physicians Department 4701 Carol Stream, IL 601224701 | | 1,446.30 | NA | NA | 0.00 |
| | Stoneleigh Recovery Associates, LLC P.O. Box 1479 Lombard, IL 601488479 | | 5,836.56 | NA | NA | 0.00 |
| | Sycamore Fire Ambulance Service PO Box 1029 Dekalb, IL 60115 | | 432.00 | NA | NA | 0.00 |
| | Union Plus Credit Card PO Box 71104 Charlotte, NC 282721104 | | 5,835.12 | NA | NA | 0.00 |
| | Winnebago County Court 400 W. State Street Rockford, IL 61101 | | 1,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | First Midwest Bank | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3U | Illinois Department Of Revenue | 7100-000 | NA | 410.20 | 410.20 | 410.20 |
| 1U | Internal Revenue Service | 7100-000 | NA | 3,984.51 | 3,498.72 | 3,498.72 |
| 2 | Kishwaukee Hospital | 7100-000 | NA | 3,381.00 | 3,381.00 | 3,381.00 |
| 5 | Linden Oaks Hospital | 7100-000 | NA | 462.00 | 462.00 | -312.52 |
| 6 | Linden Oaks Hospital | 7100-000 | NA | 2,652.00 | 2,652.00 | 1,610.50 |
|  | George E Schofield, Sr. | 7400-000 | NA | 510.85 | 510.85 | 510.85 |
|  | George E. Schofield, Sr. | 7400-000 | NA | 439.45 | 439.45 | 439.45 |
|  | Illinois Department Of Revenue | 7990-000 | NA | NA | NA | 2.58 |
|  | Kishwaukee Hospital | 7990-000 | NA | NA | NA | 21.27 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 649,874.10 | $ 11,840.01 | $ 11,354.22 | $ 9,562.05 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-80905 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | GEORGE E. SCHOFIELD | | | | Date Filed (f) or Converted (c): | 04/03/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/04/2015 |
| For Period Ending: | 11/07/2017 | | | | Claims Bar Date: | 11/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on hand | 100.00 | 100.00 | | 0.00 | FA |
| 2. American Midwest Bank/homestead account (735 ILC | 15,497.81 | 497.81 | | 0.00 | FA |
| 3. National Bank and Trust savings account | 50.00 | 50.00 | | 0.00 | FA |
| 4. National Bank and Trust personal checking accoun | 30.00 | 30.00 | | 0.00 | FA |
| 5. Old Second Bank personal checking account | 2,500.00 | 0.00 | | 0.00 | FA |
| 6. Landlord security deposit | 900.00 | 900.00 | | 0.00 | FA |
| 7. Nicor utility deposit | 80.00 | 80.00 | | 0.00 | FA |
| 8. 55" flat screen TV; DVD player; laptop computer; | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Standard wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 10. Valic IRA | 26,000.00 | 0.00 | | 0.00 | FA |
| 11. Rockford Electrical Workers Local pension intere | 1.00 | 0.00 | | 0.00 | FA |
| 12. 30% ownership interest in Mascal Electric, Inc. | 1.00 | 1.00 | | 0.00 | FA |
| 13. Sole Member JRT Properties, LLC | 1.00 | 1.00 | | 0.00 | FA |
| 14. 2014 tax refund expectancy | 500.00 | 500.00 | | 0.00 | FA |
| 15. 2003 Mitsubishi Lancer (son's vehicle) | 3,000.00 | 600.00 | | 0.00 | FA |
| 16. Chainsaw | 100.00 | 100.00 | | 0.00 | FA |
| 17. Disability claim (Northwestern Mutual) | 0.00 | 0.00 | | 0.00 | FA |
| 18. Dividend Surplus Re: JRT (u) | 0.00 | 30,000.00 | | 23,654.35 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $50,460.81  $32,859.81  $23,654.35  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

ESTATE WILL BE COMPRISED OF SURPLUS ESTATE FROM ANOTHER BANKRUTPCY CASE. OTHER CASE EXPECTED TO MAKE DISTRIBUTION WITHIN 90 DAYS AND THIS ESTATE WILL BE ADMINISTERED THEREAFTER.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 12 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 13 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 14 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 15 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 16 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 17 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 12/31/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 15-80905  
Case Name: GEORGE E. SCHOFIELD  
Taxpayer ID No: XX-XXX1243  
For Period Ending: 11/07/2017  

Trustee Name: BERNARD J. NATALE, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8871  
Checking  
Blanket Bond (per case limit): $3,000.00  
Separate Bond (if applicable):  

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/24/17 | 18 | JRT Properties | Dividend Surplus | 1223-000 | $23,654.35 | | $23,654.35 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $23,644.35 |
| 07/13/17 | 1101 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $3,129.16 | $20,515.19 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.    ($3,115.44) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trustee Expenses    ($13.72) | 2200-000 | | | |
| 07/13/17 | 1102 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $2,838.03 | $17,677.16 |
| | | BERNARD J. NATALE LTD | Attorney Fees    ($2,806.25) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses    ($31.78) | 3120-000 | | | |
| 07/13/17 | 1103 | Internal Revenue Service<br>P O Box 7317<br>Philadelphia PA 19101-7317 | Distribution | | | $9,442.13 | $8,235.03 |
| | | Internal Revenue Service | Tax Periods 2011 and 2013 ID No 5939    ($5,943.41) | 5800-000 | | | |
| | | Internal Revenue Service | Tax Period Penalties 2011 & 2013 ID No 5939    ($3,498.72) | 7100-000 | | | |
| 07/13/17 | 1104 | Illinois Department Of Revenue<br>P.O. Box 19035<br>Springfield, Il 62794-9035 | Distribution | | | $2,531.89 | $5,703.14 |
| | | Illinois Department Of Revenue | Tax Period 2011 Tax ID No. 5939    ($2,171.70) | 5800-000 | | | |
| | | Illinois Department Of Revenue | Final distribution to claim 3 representing a payment of 87.81 % per court order.    ($360.19) | 7100-000 | | | |

Page Subtotals: $23,654.35  $17,951.21

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-80905 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: GEORGE E. SCHOFIELD | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8871 |
| | Checking |
| Taxpayer ID No: XX-XXX1243 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 11/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/17 | 1105 | Kishwaukee Hospital<br>C/O H And R Accounts Inc<br>Po Box 672<br>Moline Il 61265 | 2226 | 7100-000 | | $2,968.79 | $2,734.35 |
| 07/13/17 | 1106 | Linden Oaks Hospital<br>Po Box 4070<br>Carol Stream, Il 60197-4070 | Distribution | | | $2,734.35 | $0.00 |
| | | Linden Oaks Hospital | 2700 ($405.67) | 7100-000 | | | |
| | | Linden Oaks Hospital | Final distribution to claim 6 ($2,328.68) representing a payment of 87.81 % per court order. | 7100-000 | | | |
| 08/08/17 | | Edward Hospital<br>801 S Washington Street<br>Naperville IL 60540 | Refund from payment made to creditor under Claims 5 & 6 | | $1,436.37 | | $1,436.37 |
| | | Linden Oaks Hospital | $718.19 | 7100-000 | | | |
| | | Linden Oaks Hospital | $718.18 | 7100-000 | | | |
| 08/28/17 | 1108 | Internal Revenue Service<br>P O Box 7317<br>Philadelphia PA 19101-7317 | Tax Period Penalties 2011 & 2013 ID No 5939 Reversal Check returned marked Void by the IRS with document stating that account paid in full | | | ($510.85) | $1,947.22 |
| | | | $25.06 | 7990-000 | | | |
| | | Internal Revenue Service | Tax Period Penalties 2011 & 2013 ID No 5939 $485.79 | 7100-000 | | | |
| 08/28/17 | 1107 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Final distribution representing a payment of 4.41 % per court order. | 2100-000 | | $0.00 | $1,947.22 |
| 08/28/17 | 1108 | Internal Revenue Service<br>P O Box 7317<br>Philadelphia PA 19101-7317 | Tax Period Penalties 2011 & 2013 ID No 5939 | | | $510.85 | $1,436.37 |
| | | | ($25.06) | 7990-000 | | | |
| | | Internal Revenue Service | Tax Period Penalties 2011 & 2013 ID No 5939 ($485.79) | 7100-000 | | | |

| | | | Page Subtotals: | | $1,436.37 | $5,703.14 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-80905 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: GEORGE E. SCHOFIELD | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8871 |
| | Checking |
| Taxpayer ID No: XX-XXX1243 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 11/07/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/17 | 1109 | Kishwaukee Hospital C/O H And R Accounts Inc Po Box 672 Moline Il 61265 | 2226 | | | $433.48 | $1,002.89 |
| | | | ($21.27) | 7990-000 | | | |
| | | Kishwaukee Hospital | 2226   ($412.21) | 7100-000 | | | |
| 08/28/17 | 1110 | Illinois Department Of Revenue P.O. Box 19035 Springfield, Il 62794-9035 | Final distribution to claim 3 representing a payment of 12.19 % per court order. | | | $52.59 | $950.30 |
| | | | ($2.58) | 7990-000 | | | |
| | | Illinois Department Of Revenue | Final distribution to claim 3 representing a payment of 12.19 % per court order.   ($50.01) | 7100-000 | | | |
| 08/28/17 | 1111 | George E. Schofield, Sr. | Final distribution representing a payment of 78.45 % per court order. | 7400-000 | | $439.45 | $510.85 |
| 10/02/17 | 1112 | George E Schofield, Sr. | Final distribution representing a payment of 100.00 % per court order. | 7400-000 | | $510.85 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $23,654.35 | $23,654.35 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $23,654.35 | $23,654.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $23,654.35 | $23,654.35 |

Page Subtotals:   $0.00   $1,436.37

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8871 - Checking | $23,654.35 | $23,654.35 | $0.00 |
|  | $23,654.35 | $23,654.35 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $23,654.35 |
| Total Gross Receipts: | $23,654.35 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*